**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| AARON DITTER and KANSAS STATE COUNCIL OF FIRE FIGHTERS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 2:15-cv-09083-JAR-JPO ) |
| CITY OF HAYS, KANSAS; GARY BROWN, SR., named in his individual and official capacities, and PAUL BRIESENO, named in his individual and official capacities, | ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME

Defendant City of Hays moves the court for an order permitting the City to file its reply to in support of its motion to dismiss out of time. Said reply was due Friday, September 25, 2015. The undersigned mistakenly believed the reply was due Monday, September 28, 2015—two weeks from September 14 (this is, apparently, when the undersigned first started reading plaintiffs' response as opposed to the date of filing). The undersigned noted the reply filed on behalf of defendants Brown and Brieseno on Saturday, September 26, 2015, and revisited the filing date of the Response and determined the City's reply is out of time.

A copy of the proposed reply is attached hereto.

The undersigned was out of the office September 25 attending the swearing in of new lawyers in Topeka, Kansas as a representative of the Kansas Board of Law Examiners then traveling to and from Wellington, Kansas for a matter pending in Sumner County District Court.

{T0439031}                                            - 1 -

This motion and proposed reply brief are filed Saturday, September 26, 2015, and, thus counsel for plaintiffs have not been consulted prior to the filing of this motion. An inquiry as to opposing counsels position is submitted contemporaneous with the filing of this motion.

        **FISHER, PATTERSON, SAYLER & SMITH, LLP**
        3550 S.W. 5th Street
        Topeka, Kansas  66601-0949
        Office:  (785) 232-7761; Fax: (785) 232-6604
        E-Mail:   dcooper@fisherpatterson.com
                    fhoffman@fisherpatterson.com

        **s/David R. Cooper**
        David R. Cooper      #16690
        Fahryn E. Hoffman      #26756
        **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing on the 26th day of September, 2015, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David Ricksecker (*pro hac vice*)
Sara Conrath (*pro hac vice*)
WOODLEY & McGILLIVARY, LLP
1101 Vermont Avenue, NW
Suite 1000
Washington, D.C. 20005
Office: (202) 833-8855 | Fax: (202) 452-1090
dr@wmlaborlaw.com | sac@wmlaborlaw.com

Scott L. Brown, #20580
BLAKE & UHLIG, P.A.
753 State Avenue, Suite 475
Kansas City, Kansas 66101
Office: (913) 321-8884 | Fax: (913) 321-2396
slb@blake-uhlig.com

**ATTORNEYS FOR PLAINTIFFS**

Alan L. Rupe, #08914
Jessica L. Skladzien, #24178
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1605 North Waterfront Parkway, Suite 150
Wichita Kansas 67206
Office: (316) 609-7900 | Fax: (316) 462-5746
alan.rupe@lewisbrisbois.com | jessica.skladzien@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANTS GARY BROWN, SR. AND PAUL BRISENO**

                                              **s/David R. Cooper**
                                              David R. Cooper